# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 14-1180                        September Term, 2014

NLRB-5CA31828
NLRB-5CA33125

Filed On: December 17, 2014 [1527738]

CNN America, Inc.,

       Petitioner

     v.

National Labor Relations Board,

       Respondent

**O R D E R**

Upon consideration of respondent's motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The National Labor Relations Board is directed to file status reports at 60-day intervals beginning February 17, 2015.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the agency reconsideration proceedings.

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                     BY:     /s/
                              Mark A. Butler
                              Deputy Clerk